**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**EVEREST NATIONAL INSURANCE COMPANY,**

     Petitioner,

vs.                               CASE NO.: 4:06-CV-195-SPM

**DENVER CYR; LINDA CYR; BRANICK INDUSTRIES, INC., a North Dakota corporation; and SUN TIRE & AUTOMOTIVE SERVICES OF TALLAHASSEE #1, INC., a Florida corporation,**

     Respondents.

_____/

**ORDER DISMISSING COUNTERCLAIM**

     **THIS CAUSE** comes before the Court upon "Everest National Insurance Company's Motion to Dismiss the Cyrs' Counterclaim and Supporting Memorandum of Law" (Doc. 10) filed May 16, 2006 and the "Respondents', Denver Cyr and Linda Cyr, Response to Everest National Insurance Company's Motion to Dismiss the Cyr's Counterclaim" (doc. 12) filed May 19, 2006.  Respondents Denver and Linda Cyr state in their response that they are voluntarily dismissing their counterclaim in anticipation of filing a motion to dismiss the entire case for lack of subject-matter jurisdiction.

     Pursuant to Federal Rule of Civil Procedure 41(c), it is

     **ORDERED AND ADJUDGED** that the counterclaims raised by the Cyr

respondents are hereby *dismissed*.

      **DONE AND ORDERED** this <u>thirtieth</u> day of May, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge